IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN P. DALTON, SR. : | |
| o/b/o JOHN P. DALTON, JR. (deceased) : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | NO. 03-3030 |
| : | |
| JO ANNE B. BARNHART, : | |
| COMMISSIONER OF SOCIAL SECURITY : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 17th day of October, 2005, upon consideration of the parties' Motions for Summary Judgment (Docs. 14 & 15), and after careful review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (Doc. 21), **IT IS HEREBY ORDERED AND DECREED** that the Report and Recommendation dated August 31, 2005, is **APPROVED** and **ADOPTED**. This matter is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of the United States Magistrate Judge Thomas J. Rueter.

**BY THE COURT**:

/S/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**